IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03125-REB-BNB

CHS, INC.,

Plaintiff,

v.

PETRONET, LLC, and
CHELSEA CONSULTING, INC.,

Defendants.

---

**ORDER**

---

Pending is the **Motion to Quash Subpoenas** [Doc. # 1, filed 12/23/2011] (the "Motion").

On initial review of the Motion and the Response, it appeared that no issue concerning the

subpoenas remains in dispute, so I ordered a status conference.  Even in view of the discussion at

the status conference, it appears that no issue concerning the subpoenas remains reasonably in

dispute.  Because counsel may have multiplied these proceedings unreasonably and vexatiously,

28 U.S.C. § 1927, which may require the imposition of sanctions,  all counsel of record must

appear in person at the hearing on the Motion on February 18, 2011, at 8:30 a.m., in Courtroom

401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Counsel are urged, in the meantime, to engage in a meaningful Rule 7.1A conference,

D.C.COLO.LCivR, to attempt to resolve this matter.

SO ORDERED.

1

Dated February 9, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge