IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03125-REB-BNB

CHS, INC.,

Plaintiff,

v.

PETRONET, LLC, and
CHELSEA CONSULTING, INC.,

Defendants.

_____

# ORDER
_____

This matter arises on the following:

(1) **Motion to Quash Subpoenas** [Doc. # 1, filed 12/23/2010] (the "Motion to Quash"); and

(2) The parties' **Stipulated Motion to Withdraw Motion to Quash Subpoenas to Atchley, Ossip, and Lezama** [Doc. # 17, filed 2/9/2011] (the "Stipulated Motion").

IT IS ORDERED:

(1) The Motion to Quash [Doc. # 1] is DENIED as moot;

(2) The Stipulated Motion [Doc. # 17] is GRANTED; and

(3) The hearing set for February 18, 2011, at 8:30 a.m., is VACATED.

Dated February 10, 2011.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge